# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Marin

V.   **JUDGMENT IN A CIVIL CASE**

Shaw

CASE NUMBER:   01cv1403 WQH(CAB)

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that Plaintiff's objection to Magistrate Judge's ruling is denied, granting Motion for Summary Judgment, and Motion for Summary Adjudication. The Clerk is directed to enter judgment against Plaintiff dismissing this action...........................................................................................................................

| January 17, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | G Cazares |
| | (By) Deputy Clerk |
| | ENTERED ON January 17, 2007 |